IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : : : | CIVIL ACTION |
| v. | : : | No. 10-3634 |
| MICHAEL J. FILACHEK, et al. | : | |

## ORDER

AND NOW, this 25th day of May, 2011, it is ORDERED Plaintiff Allstate Property and Casualty Insurance Company's (Allstate) Motion for Judgment on the Pleadings (Document 31) is GRANTED. Allstate does not have a duty to defend or indemnify Defendant Michael Filachek under the terms of Allstate's homeowners insurance policy, Policy No. 918037735 (the Policy), for the claims asserted by Defendant Linda Ung in her Second Amended Civil Complaint, filed in the Court of Common Pleas of Philadelphia County, October Term 2009, Case No. 03863.

Judgment is entered in favor of Allstate and against Defendants. The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.